November 1, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

LYDIA ALCALA-GARCIA AND JANET SOLIS, Appellants

NO. 14-12-00175-CV                          V.

CITY OF LA MARQUE, TEXAS, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, City of La Marque, Texas, signed January 20, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Lydia Alcala-Garcia and Janet Solis, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.